

# MEMORANDUM

**To:** Honorable Kenneth P. Neiman,
U.S. Magistrate Judge

**From:** Irma Zingarelli
U.S. Pretrial Services Officer

**Re:** QUICKEL, Michael
Dkt.# :02-30043-05

**Date:** October 12, 2004

On January 30, 2004, the above-named defendant appeared in the Middle District of Pennsylvania after being named in a Indictment emanating out of our District charging him with Conspiracy to Deal Firearms without a Licence and Conspiracy to Possess Firearms with an Obliterated Serial Number, in violation of Title 18, U.S.C. §§ 371 and 922(k). The defendant was released on a $10,000 unsecured bond and the following conditions:

1) Report to Pretrial Services as directed
2) Refrain from the possession of a firearm, destructive device or other dangerous weapon.

On February 17, 2004 the above-named defendant appeared before Your Honor and was released with the same conditions and the following modification:

1) Find and maintain full-time employment, approved schooling or a full-time combination of both.

As previously reported to the Court, the defendant has continuously failed to report as required and is presently unemployed. Mr. Quickel has been advised both through counsel and Pretrial Services, that any future violations will be reported to the Court along with a recommendation that he appear to show cause why his conditions of release should not be revoked.

This memorandum is submitted to Your Honor for informational purposes.

cc: Kevin O'Regan, AUSA
    Richard Maggi, Esq.