

# M E M O R A N D U M

**To:** Honorable Kenneth P. Neiman,
U.S. Magistrate Judge

**From:** Irma Zingarelli
U.S. Pretrial Services Officer

**RE:** QUICKEL, Michael
CR.#: 02-30043-05

**Date:** **February 11, 2005**

Reference is made to a memorandum submitted to Your Honor on October 12, 2004.

On January 30, 2004, the defendant appeared in the Middle District of Pennsylvania after being named in an Indictment emanating from our District charging him with Conspiracy to Deal Firearms Without a License and Conspiracy to Possess Firearms with Obliterated Serial Numbers in violation of Title 18 U.S.C., Sections 371, 922 (a)(1)(A)and 922(k). The defendant was subsequently released on a $10,000 unsecured bond and the following conditions:

1. Report to Pretrial Services as directed
2. Refrain from the possession of a firearm, destructive device or other dangerous weapons

On February 17, 2004, the defendant appeared before Your Honor and was released with the same conditions and the following modification:

1) Find and maintain full-time employment, approved schooling or a ful time combination of both.

Please be advised that Mr. Quickel is being supervised in the Middle District of Pennsylvania by U. S. Pretrial Services Officer James Stoyko and he reports that Mr. Quickel remains unemployed. Although the defendant is not in compliance with the employment condition, I am not recommending any action be taken at this time.

This letter is submitted to Your Honor for informational purposes.

cc:   Kevin O'Regan, AUSA
      Richard Maggi, Esq.