UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V. )<br>)<br>ALEKSY SAFANOV )<br>           Defendant            ) | NO. 02-30043-MAP |

## ASSENTED TO MOTION TO CONTINUE

Now comes the Defendant, Aleksy Safanov, in the above-entitled matter and respectfully requests that the Motion to Suppress Hearing be continued from April 27, 2005 to May 6, 2005, May 10, 2005, May 11, 2005 or May 12, 2005. The reasons for this motion are as follows:

1. Attorney for the Defendant has Red Sox tickets for himself and his two children on April 27, 2005;

2. Attorney for the Defendant believed that this was an evening game and did not realize that this game was schedule for 1:05 p.m. until this morning;

3. Attorney for the Defendant was advised by Kevin O'Regan that Attorney Sclafani who represents Mr. Safanov's co-defendant, Roman Zhirnov, is also unavailable on April 27, 2005;

4. Attorney for the Defendant was in contact with Attorney Sclafani's office and was advised that May 6, 2005, May 10, 2005, May 11, 2005 and May 12, 2005 were all dates that Attorney Sclafani is also available.

Assistant United States Attorney Kevin O'Regan has assented to this motion.

/s/ Alan J. Black
Alan J. Black, Esquire
Law Offices of Alan J. Black
1383 Main Street
Springfield, MA 01103
(413) 732-5381
Fax No.: 413-739-0446
BBO # 533768

/s/ Kevin O'Regan (xx)
Kevin O'Regan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 02-30043-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) |
| ALEKSEY SAFANOV | ) |
| Defendant | ) |

**CERTIFICATE OF SERVICE**

I, Alan J. Black, Esq. do hereby certify that I have served a copy of the foregoing Assented to Motion to Continue to Assistant United States Attorney Kevin O'Regan, U.S., Attorney's Office, 1550 Main Street, Springfield, MA 01103, and Charles Sclafani, Esq. by facsimile on this 19th day of April 2005.

/s/ Alan J. Black, Esq.