# RICHARD J. MAGGI
ATTORNEY & COUNSELOR AT LAW

73 CHESTNUT STREET
SPRINGFIELD, MASSACHUSETTS 01103

TELEPHONE: (413) 734-4500
FACSIMILE: (413) 731-1302

May 23, 2005

HONORABLE MICHAL PONSOR
United States District Court
1550 Main Street
Springfield, MA 01103

RE: UNITED STATES vs. QUICKEL et als/CRIMINAL NO. 02-30043-MAP

Dear Judge Ponsor:

Please be advised that the Defendant, Michael Quickel, does not object to allowance of the Government's motion for excludable delay in this matter.

If the Court has any questions I may be reached at 413-786 6543.

Yours sincerely,

RICHARD J. MAGGI

RJM/sem