UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MICHAEL QUICKEL

           Defendant

CIVIL / CRIMINAL
CASE NO. 02-30043

## NOTICE

PONSOR         D.J.

PLEASE TAKE NOTICE THAT THE ABOVE ENTITLED CASE HAS BEEN SET FOR A RULE 11 HEARING ON JUNE 30, 2005 AT 2:30 P.M. BEFORE JUDGE PONSOR IN COURTROOM #1 ON THE 5TH FLOOR.

SARAH A. THORNTON,
CLERK OF COURT

June 16, 2005
Date

By: /s/Elizabeth A. French
Deputy Clerk

Notice mailed to: Pretrial
                  Probation
                  U.S. Attorneys office
                  Counsel of record

(Notice of Hearing.wpd - 3/7/2005)