UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**              **CASE NO. 02-30043- MAP**

**V.**

**MICHAEL QUICKEL**

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the above-entitled case has been   set  for an  STATUS CONFERENCE  on November  16, 2005  at   2:00  PM    before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th   floor.

                                            SARAH THORNTON
                                            CLERK OF COURT

   7/20/05                                    **By: /s/ Mary Finn**
      Date                                        **Deputy Clerk**

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                                                 [kntchrgcnf.]
                                                                                     [ntchrgcnf.]