# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATE OF AMERICA )<br>)<br>vs.                    )    Criminal No. 02-30043-MAP<br>)<br>MICHAEL QUICKEL,        )<br>             Defendant )  | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING

Defendant moves this honorable Court to continue the hearing on his sentencing, presently scheduled for March 22, 2006, to March 30, 2006, at 2:00 P.M.

As grounds, Defendant states that his counsel will be away on a paid, previously scheduled vacation for the period from March 17 through March 24, and that he cannot be available for the court date currently set.

WHEREFORE, Defendant respectfully requests allowance hereof as no party would be prejudiced thereby.

MICHAEL QUICKEL, Defendant
By Counsel:

_____
RICHARD J. MAGGI, ESQ. BBO#313370
P.O. Box 432
Agawam, MA 01001
Tel:(413)786-6543
Fax:(413)786-6672

### CERTIFICATE OF SERVICE

I hereby certify to proper service of a copy hereof on the Government by mailing, first class postage paid to the local office of the U.S. Attorney on December 9, 2005.

_____
RICHARD J. MAGGI, ESQ.